[No. 71996-3-I.   Division One.   June 8, 2015.]

*In the Matter of the Detention of* R.R.

*Affirmed* by unpublished opinion per Trickey, J., concurred in by Dwyer and Leach, JJ.

[No. 72017-1-I.   Division One.   June 8, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. DAYLON ALBERT GEPNER, *Appellant*.

*Affirmed* by unpublished opinion per Spearman, C.J., concurred in by Cox and Lau, JJ.

[No. 72106-2-I.   Division One.   June 8, 2015.]

TRINITY UNIVERSAL INSURANCE COMPANY OF KANSAS, *Appellant*, v. THE OHIO CASUALTY INSURANCE COMPANY, *Respondent*.

*Affirmed* by unpublished opinion per Schindler, J., concurred in by Dwyer and Lau, JJ.

[No. 72121-6-I.   Division One.   June 8, 2015.]

KATHERINE A. WALZ ET AL., *Respondents*, v. JADEN SINGH, *Appellant*.

*Affirmed* by unpublished opinion per Leach, J., concurred in by Dwyer and Trickey, JJ.